IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ALAN R. MURPHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:18-CV-2809-S |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## UNITED STATES' ANSWER TO ORIGINAL COMPLAINT AND COUNTERCLAIM AGAINST PLAINTIFF AND ADDITIONAL COUNTERCLAIM DEFENDANTS

Defendant, the United States of America, through its undersigned counsel, files this answer and counterclaim. Any allegation in plaintiff's complaint not specifically admitted herein is denied.

In response to each of the paragraphs of the Complaint, the United States of America answers as follows:

1. Admits.

2. Admits.

3. Admits.

4. Admits.

5. Admits Plaintiff filed a Claim for Refund and Request for Abatement, but lacks knowledge or information sufficient to form a belief about the truth of where Plaintiff submitted his claim.

6. Denies that the Form 6672 Civil Penalty assessed against Plaintiff was wrongfully imposed for the taxable period ending March 31, 2015. Lacks knowledge or information

sufficient to form a belief about the truth as to whether Exhibit A is a true and correct copy of the Claim. Denies the remainder of the allegations.

7. Admits.

8. Denies.

    a. Denies.

    b. Denies.

    c. Denies.

    d. Denies.

    e. Denies.

    f. Denies.

    g. Denies.

9. Denies that Stanley T. Weiner was the CEO of STW Pipeline at all relevant times. Lacks knowledge or information sufficient to form a belief about the truth as to the remainder of the allegations in this paragraph.

10. Denies.

11. Denies.

12. Admits Plaintiff filed a Claim for Refund and Request for Abatement, but lacks knowledge or information sufficient to form a belief about the truth of where Plaintiff submitted his claim.

13. Denies that the Form 6672 Civil Penalty assessed against Plaintiff was wrongfully imposed for the taxable period ending September 30, 2015. Lacks knowledge or information sufficient to form a belief about the truth as to whether Exhibit C is a true and correct copy of the Claim. Denies the remainder of the allegations.

14. Admits.

15. Denies.

    a. Denies.

    b. Denies.

    c. Denies.

    d. Denies.

    e. Denies.

    f. Denies.

    g. Denies.

16. Denies that Stanley T. Weiner was the CEO of STW Pipeline at all relevant times. Lacks knowledge or information sufficient to form a belief about the truth as to the remainder of the allegations in this paragraph.

17. Denies.

18. Denies.

19. Admits Plaintiff filed a Claim for Refund and Request for Abatement, but lacks knowledge or information sufficient to form a belief about the truth of where Plaintiff submitted his claim.

20. Denies that the Form 6672 Civil Penalty assessed against Plaintiff was wrongfully imposed for the taxable period ending December 31, 2015. Lacks knowledge or information sufficient to form a belief about the truth as to whether Exhibit D is a true and correct copy of the Claim. Denies the remainder of the allegations in this paragraph.

21. Admits.

22. Denies.

      a. Denies.

      b. Denies.

      c. Denies.

      d. Denies.

      e. Denies.

      f. Denies.

      g. Denies.

23. Denies that Stanley T. Weiner was the CEO of STW Pipeline at all relevant times. Lacks knowledge or information sufficient to form a belief about the truth as to the remainder of the allegations in this paragraph.

24. Denies.

25. Denies.

WHEREFORE, the United States prays that plaintiff take nothing on its complaint, that the Court enter judgment in favor of the United States and against plaintiff, and grant further relief as is appropriate.

## COUNTERCLAIM TO REDUCE ASSESSMENTS TO JUDGMENT

1. This counterclaim is brought by Defendant/Counterclaim Plaintiff the United States of America to reduce to judgment the unpaid balance of the trust fund recovery penalties assessed against Plaintiff/Counterclaim Defendant Alan R. Murphy ("Murphy") as a responsible officer of STW Pipeline Maintenance & Construction, LLC ("STW").

2. This counterclaim has been authorized and requested by a duly designated delegate of the Secretary of the Treasury of the United States and is filed upon the direction of the Attorney General of the United States, pursuant to 26 U.S.C. § 7401.

3. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1340, 1345 and 1346(c), and 26 U.S.C. § 7402.

4. Murphy is a resident of the State of Texas and resides in San Angelo, Texas.

5. During the periods ending March 31, 2015; September 30, 2015, and December 31, 2015, Murphy was required to collect, truthfully account for, and/or pay over the federal employment taxes for STW. Specifically, during these period, Murphy was a Director of STW, directed payments to creditors of STW, had check signing authority over STW accounts, had the authority and ability to disperse corporate funds, and routinely signed corporate checks.

6. During these period, Murphy willfully failed to collect, truthfully account for and/or pay over the federal tax liabilities owed by STW. At the very least, Murphy acted with a "reckless disregard to a known or obvious risk that trust funds may not be remitted to the Government." *Malloy v. United States*, 17 F.3d 329, 332 (11th Cir. 1994).

7. Pursuant to 26 U.S.C. §§ 6671 and 6672, on August 14, 2017, a delegate of the Secretary of the Treasury assessed a trust fund recovery penalty against Murphy in the amount $47,371.36. The amount assessed represents the employment and income taxes withheld from the employees of STW during the taxable period ending March 31, 2015, that were not remitted to the United States.

8. Pursuant to 26 U.S.C. §§ 6671 and 6672, on August 14, 2017, a delegate of the Secretary of the Treasury assessed a trust fund recovery penalty against Murphy in the amount $343,225.65. The amount assessed represents the employment and income taxes withheld from the employees of STW during the taxable period ending September 30, 2015, that were not remitted to the United States.

9. Pursuant to 26 U.S.C. §§ 6671 and 6672, on August 14, 2017, a delegate of the Secretary of the Treasury assessed a trust fund recovery penalty against Murphy in the amount $265,650.70. The amount assessed represents the employment and income taxes withheld from the employees of STW during the taxable period ending and December 31, 2015, that were not remitted to the United States.

10. A delegate of the Secretary of the Treasury gave Murphy notice of assessment and demand for payment of the liability described in paragraphs 7 - 9, above.

11. Despite notice of assessment and demand for payment, Murphy has failed to pay in full the balance of the trust fund recovery penalty assessed against him. As of May 9, 2019, Murphy owes the United States $713,117.71 for the assessed liabilities described in paragraphs 7 – 9 of this counterclaim. Fees and interest provided for by law will continue to accrue until the liabilities are paid in full.

WHEREFORE, the Counterclaim Plaintiff, United States of America, prays for the Court to:

A. Enter judgment against plaintiff/counterclaim defendant Alan R. Murphy and for defendant/counterclaim plaintiff the United States of America in the amount of $713,117.71 as of May 9, 2019, for the assessed liabilities described in paragraphs 7 - 9 of this counterclaim, less any payments or credits since that date, plus fees and interest as allowed by law; and

B. Grant such other relief as justice requires.

          RICHARD T. ZUCKERMAN
          Principal Deputy Assistant Attorney General
          U.S. Department of Justice, Tax Division

          /s/ Moha P. Yepuri
          HOLLY M. CHURCH
          Attorney, Tax Division
          State Bar No. 24040691
          MOHA P. YEPURI
          Attorney, Tax Division
          Texas State Bar No. 24046651
          Department of Justice
          717 N. Harwood, Suite 400
          Dallas, Texas 75201
          (214) 880-2432/9767
          (214) 880-9742 (FAX)
          Holly.M.Church@USDOJ.gov
          Moha.P.Yepuri@usdoj.gov

          ATTORNEYS FOR THE UNITED STATES

## CERTIFICATE OF SERVICE

   I certify that on April 25, 2019, notice of filing of this document was made by delivery of the notice of electronic filing that is automatically generated by ECF on the following registered ECF users pursuant to Local Rule 5.1(d):

Robert B Jackson
Coleman Anastopulos & Jackson PC
16250 Knoll Trail, Suite 105
Dallas, TX 75248
972-810-4380
Fax: 972-810-4370
Email: robert@caj-law.com

Kyle R Coleman
Coleman Anastopulos & Jackson PC
16250 Knoll Trail, Suite 105
Dallas, TX 75248
972-810-4380
Fax: 972-810-4370
Email: kyle@caj-law.com

          /s/ Moha P. Yepuri
          Moha P. Yepuri