IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALAN R. MURPHY | § | JURY DEMAND |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 3:18-CV-2809-S |
| | § | |
| UNITED STATES OF AMERICA | § | |
| | § | |
| Defendant, | § | |
| _____ | § | |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Counter-Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| PAUL DIFRANCESCO, and ROBERT | § | |
| DILLARD, EXECUTOR OF THE ESTATE | § | |
| OF STANLEY T. WEINER, | § | |
| | § | |
| Counter-Defendants. | § | |

**PLAINTIFF/COUNTERCLAIM DEFENDANT'S ANSWER
TO UNITED STATES' SECOND AMENDED ANSWER, COUNTERCLAIM, AND
COUNTERCLAIMS AGAINST ADDITIONAL PARTIES**

Plaintiff/Counterclaim Defendant ("Plaintiff"), Alan R. Murphy, by and through his undersigned counsel, files this Answer to Defendant United States' Second Amended Answer, Counterclaim and Counterclaims against Additional Parties. In response to each of the paragraphs of the Counterclaim, Plaintiff answers as follows:

**Plaintiff/Counterclaim Defendant's Answer to Counterclaim to Reduce Assessments to
Judgment Against Alan R. Murphy**

1. Denies Plaintiff is a responsible officer of STW Pipeline Maintenance and Construction, LLC ("STW Pipeline"), otherwise admits.

2. Plaintiff lacks knowledge as to the truth of this averment, therefore denies.

3. Admits.

4. Admits.

5. First sentence: Denies.  Second sentence: Denies.

6. First sentence: Denies.  Second sentence and citation: Denies.

7. The United States has not provided Certified Transcripts of Account, therefore denies for lack of knowledge as to the truth of these averments.  Further, denies the amount alleged to be owed is accurate.

8. The United States has not provided Certified Transcripts of Account, therefore denies for lack of knowledge as to the truth of these averments.  Further, denies the amount alleged to be owed is accurate.

9. The United States has not provided Certified Transcripts of Account, therefore denies for lack of knowledge as to the truth of these averments.  Further, denies the amount alleged to be owed is accurate.

10. Denies.

11. First sentence: Denies.  Second sentence: The United States has not provided Certified Transcripts of Account, therefore denies for lack of knowledge as to the truth of this averment.  Further, denies the amount alleged to be owed is accurate.  Last sentence: This is merely a statement of the United States' understanding of the law.  Therefore, no response is required.

**Plaintiff/Counterclaim Defendant's Answer to United States' Joinder of Additional Counterclaim Defendants Stanley C. Weiner and Paul DiFrancesco**

12. Plaintiff/Counterclaim Defendant is without knowledge as to the truth of these averments, therefore denies.

13. Plaintiff/Counterclaim Defendant is without knowledge as to the truth of these averments, therefore denies.

14. Plaintiff/Counterclaim Defendant is without knowledge as to the truth of these averments, therefore denies.

15. Plaintiff/Counterclaim Defendant is without knowledge as to the truth of these averments, therefore denies.

16. Plaintiff/Counterclaim Defendant is without knowledge as to the truth of these averments, therefore denies.

17. Plaintiff/Counterclaim Defendant is without knowledge as to the truth of these averments, therefore denies.

18. Plaintiff/Counterclaim Defendant is without knowledge as to the truth of these averments, therefore denies.

19. Plaintiff/Counterclaim Defendant is without knowledge as to the truth of these averments, therefore denies.

20. Plaintiff/Counterclaim Defendant is without knowledge as to the truth of these averments, therefore denies.

21. Plaintiff/Counterclaim Defendant is without knowledge as to the truth of these averments, therefore denies.

22. Plaintiff/Counterclaim Defendant is without knowledge as to the truth of these averments, therefore denies.

WHEREFORE, Plaintiff/Counterclaim Defendant Alan R. Murphy requests that the relief sought by the United States of America be denied in all respects and other such relief as is just.

Respectfully submitted,

Dated:  November 22, 2019

By: /s/   Robert B. Jackson
Robert B. Jackson
State Bar No. 24051752
Coleman, Anastopulos & Jackson, PC
The Fairways I
16250 Knoll Trail, Suite 105
Dallas, Texas 75248
(972) 810-4380
(972) 810-4370– Facsimile
Email: robert@caj-law.com

By: /s/   Kyle Coleman
Kyle Coleman
State Bar No. 24025299
Coleman, Anastopulos & Jackson, PC
The Fairways I
16250 Knoll Trail, Suite 105
Dallas, Texas 75248
(972) 810-4380
(972) 810-4370– Facsimile
Email: kyle@caj-law.com

ATTORNEYS FOR PLAINTIFF/
COUNTERCLAIM DEFENDANT

## CERTIFICATE OF SERVICE

      I hereby certify that on November 22, 2019, a true and correct copy of the foregoing was served on the following via CM/ECF:

| | |
|---|---|
| Moha P. Yepuri | Holly M. Church |
| Department of Justice/Tax Division | Department of Justice/Tax Division |
| 717 N. Harwood, Suite 400 | 717 N. Harwood, Suite 400 |
| Dallas, Texas 75201 | Dallas, Texas 75201 |
| (214) 880-9767 | (214) 880-2432 |
| (214) 880-9741 (FAX) | (214) 880-9741 (FAX) |
| Moha.P.Yepuri@usdoj.gov | Holly.M.Church@usdoj.gov |
| | |
| Paul C. Difrancesco | Jason B. Freeman |
| 12835 Stebick Ct. | Freeman Law, PLLC |
| San Diego, CA 92130 | 2595 Dallas Parkway, Suite 420 |
| pauldifrancesco@ymail.com | Frisco, TX 75034 |
| | jason@freemanlaw-pllc.com |