IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALAN R. MURPHY, <br>     PLAINTIFF, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br>     DEFENDANT, | § § § § § § § § | CIVIL CASE NO. 3:18-CV-2809-E-BK |
| UNITED STATES OF AMERICA, <br>     COUNTER-PLAINTIFF, <br><br> v. <br><br> PAUL DIFRANCESCO AND ROBERT DILLARD, EXECUTOR OF THE ESTATE OF STANLEY T. WEINER, <br>     COUNTER-DEFENDANTS. | § § § § § § § § § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The Court has reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Robert Dillard's *Motion to Dismiss* is **GRANTED**.

SIGNED this 21st day of February, 2020.

                                                     ADA BROWN
                                                   UNITED STATES DISTRICT JUDGE